December 20, 2022



BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York  NY 10104 3300
T: +1 212 541 2000
F: +1 212 541 4630
bclplaw.com

Courtney J. Peterson
Partner
Direct:  +1 212 541 3187
Fax:  +1 212 541 1487
courtney.peterson@bclplaw.com

**Via ECF**
The Hon. Jennifer L. Rochon
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Velez v. Lasko Products, LLC* (Case No. 1:22-cv-08581)

Dear Judge Rochon:

Bryan Cave Leighton Paisner LLP represents Lasko Products, LLC ("Defendant" or "Lasko") in the above referenced matter.  We respectfully submit this Letter Motion on behalf of all parties and with the consent of counsel for the plaintiff. The parties submit this joint application to request that the Court defer the recently scheduled Initial Pretrial Conference (currently set for January 17, 2023) and stay further proceedings pending the disposition of Defendant's forthcoming motion to dismiss.

Defendant's responsive pleading is not due until February 13, 2023.  Neither party has previously sought any adjournments or extensions of time.  Defendant will be moving to dismiss the complaint.  Given that Lasko's motion may resolve the issues in the case without the need for discovery, the parties have agreed that it is in the interest of judicial economy to request to delay the Rule 26(f) conference, initial status report and initial status conference, as well as discovery in the case until after the Court has ruled on Lasko's motion to dismiss.

Thank you for your consideration of this matter.

Very truly yours,
**Courtney J. Peterson**
Partner

cc:  All counsel of record via ECF


In light of Plaintiff's consent to a stay of discovery, IT IS HEREBY ORDERED that the Initial Pretrial Conference, and all corresponding deadlines are adjourned without date, pending the resolution of Defendants' anticipated motion to dismiss.

Dated: December 20, 2022
      New York, New York

SO ORDERED

*/s/ Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge