| | |
|---|---|
| Sheehan & Associates, P.C. | 60 Cuttermill Rd Ste 412<br>Great Neck NY 11021 |
| Spencer Sheehan<br>spencer@spencersheehan.com | T (516) 268-7080<br>F (516) 234-7800 |

May 12, 2024

District Judge Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St
New York, NY 10007

          Re: 1:22-cv-08581-JLR
             Velez v. Lasko Products, LLC

Dear District Judge Rochon:

  This office represents the Plaintiff. Pursuant to the Civil Case Management Plan and Scheduling Order (ECF No. 24), Plaintiff, with the consent of the Defendant, submits this status report to update the Court on the progress of the litigation.

  ***Discovery.*** The Parties have exchanged discovery requests and responses. Plaintiff was deposed by Defendant on May 3, 2024. No other depositions have taken place in this matter. Neither party is requesting additional time to complete any further fact discovery in this matter. Plaintiff provided Defendant with expert disclosures on May 10, 2024. Defendant's deadline to provide expert disclosures has not yet passed and expert discovery currently must be completed by June 28, 2024.

  ***Settlement.*** The Parties met and conferred on settlement in this case on May 10, 2024 and Plaintiff provided Defendant with an initial settlement demand on the same date. Defendant will provide Plaintiff with a response to the demand, but no settlement has been reached at this time. Plaintiff believes that if this Court determines the case should move past the class certification stage, further settlement discussions may be appropriate.

  ***Mediation or Settlement Conference.*** The Parties do not currently agree to a mediation or settlement conference held before Magistrate Judge Robert W. Lehrburger. To the extent that any form of alternative dispute resolution later becomes suitable, the Parties will work together to coordinate such efforts.

                   Respectfully submitted,

                   /s/Spencer Sheehan

**Certificate of Service**

I certify that on May 12, 2024, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan