**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JUAN VELEZ, individually and on behalf of all
others similarly situated,

                      Plaintiff,
     -against-                                          22 **CIVIL** 8581 (JLR)

                                                                   **<u>JUDGMENT</u>**

LASKO PRODUCTS, LLC,

                      Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 7, 2025, Defendant's motion for summary judgment is granted. Defendant's *Daubert* motion is denied as moot; accordingly, the case is closed.

**Dated:** New York, New York
       July 7, 2025

                                                      **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                              **BY:**       *K. Mango*

                                                           **Deputy Clerk**