# EXHIBIT A

**Archived:** Tuesday, July 8, 2025 11:46:16 AM
**From:** NYSD_ECF_Pool@nysd.uscourts.gov
**Mail received time:** Tue, 10 Jan 2023 08:23:48
**Sent:** Tue, 10 Jan 2023 09:23:24
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:22-cv-08581-JLR Velez v. Lasko Products, LLC Notice Regarding Pro Hac Vice Motion
**Importance:** Normal
**Sensitivity:** None

---

. 

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 1/10/2023 at 9:23 AM EST and filed on 1/10/2023

| | |
|---|---|
| **Case Name:** | Velez v. Lasko Products, LLC |
| **Case Number:** | 1:22-cv-08581-JLR |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. [9] MOTION for Darci F. Madden to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27175075. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)**


**1:22-cv-08581-JLR Notice has been electronically mailed to:**

Courtney Janae Peterson      courtney.peterson@bclplaw.com, REC_KM_ECF_NYC@bclplaw.com, dortiz@bclplaw.com

Spencer Sheehan      spencer@spencersheehan.com, calendar@spencersheehan.com, spencer@ecf.courtdrive.com, spencer@spencersheehan1.com

Darci F Madden      dfmadden@bclplaw.com, debra.holt@bclplaw.com, hope.gutierrez@bclplaw.com

**1:22-cv-08581-JLR Notice has been delivered by other means to:**