# EXHIBIT B



*Invoice*   **INV2793367**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 5/15/2024 | **Client Number** | C10563 |
| **Terms** | Net 30 | **Esquire Office** | New York City |
| **Due Date** | 6/14/2024 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
Bryan Cave Leighton Paisner LLP
1290 Avenue of the Americas
New York NY 10104

**Services Provided For**
Bryan Cave Leighton Paisner LLP - New York
Peterson, Courtney
1290 Avenue of the Americas
New York NY 10104

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 5/1/2024 | J11189459 | New York, NEW YORK | JUAN VELEZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SI |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| APP FEE: FULL DAY | Juan Velez | 1 | 160.00 | | $160.00 |
| APP FEE: ADDITIONAL HOURS OVERTIME | Juan Velez | 0.5 | 140.00 | | $70.00 |
| TRAVEL TIME (CR) | Juan Velez | 1 | 0.00 | | $0.00 |
| ON-SITE RESOURCE FEE | Juan Velez | 1 | 150.00 | | $150.00 |
| | | | | | |
| E-EXHIBITS B&W ORIG | Juan Velez | 91 | 0.65 | | $59.15 |
| E- EXHIBITS COLOR ORIG | Juan Velez | 6 | 0.65 | | $3.90 |
| CONDENSED TRANSCRIPT | Juan Velez | 1 | 35.00 | | $35.00 |
| LITIGATION SUPPORT-PDF-PTX-SBF-XMEF-LEF | Juan Velez | 1 | 55.00 | | $55.00 |
| PROCESSING & COMPLIANCE | Juan Velez | 1 | 55.00 | | $55.00 |

*Representing Client: Bryan Cave Leighton Paisner (P) : Bryan Cave Leighton Paisner LLP - New York*

| | |
|---|---|
| **Subtotal** | 2,511.90 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $2,511.90 |
| **Amount Paid** | 2,511.90 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

---

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Click Here to Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Bryan Cave Leighton Paisner LLP - New York |
| **Client #** | C10563 |
| **Invoice #** | INV2793367 |
| **Invoice Date** | 5/15/2024 |
| **Due Date** | 6/14/2024 |
| **Amount Due** | **$0.00** |